IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Plaintiff,

  v.

BALBINDER JOHAL, NANKI JOHAL, and DOES 1-100,

    Defendants.

No. C 12-02753 JSW

**ORDER TO SHOW CAUSE RE REMAND**

Before the Court is the motion to remand filed by Plaintiff Deutsche Bank National Trust Company and set for hearing on August 3, 2012. The opposition to the motion was due to be filed no later than June 25, 2012. The Court has received no response from Defendants, who are proceeding *pro se*. Accordingly, the Court issues this Order for Defendants to show cause in writing by no later than **July 27, 2012** as to why this case should not be remanded to the Contra Costa Superior Court. Should Defendants fail to comply with this Order, the Court shall remand the case for lack of subject matter jurisdiction.

    **IT IS SO ORDERED.**

Dated: July 19, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCH BANK NATIONAL TRUST COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>BALBINDER JOHAL et al,<br><br>  Defendant.<br>_____ / | Case Number: CV12-02753 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Balbinder Johal
4803 Buckboard Way
Richmond, CA 94803

Nanki Johal
4803 Buckboard Way
Richmond, CA 94803

Dated: July 19, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk